**BOND SCHOENECK & KING**

> Application granted. The pre-motion conference is adjourned to October 16, 2025 at 11:00 a.m. to be held in the White Plains courthouse.
>
> The Clerk of Court is respectfully directed to terminate the letter motion pending at Doc. 47.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>         September 19, 2025

September 19, 2025

**VIA ECF**
The Honorable Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street, Room 53
White Plains, New York 10601

Re:   *Tara Curtin v. Riverside Health Care System, Inc., et al.*, No.: 7:24-cv-05047 (PMH)
      Letter Motion for Adjournment of Pre-motion Conference

Dear Judge Halpern:

Defendants in the above-captioned matter respectfully submit this letter to request a one-week adjournment of the pre-motion conference. This request is necessitated by a medical procedure involving an immediate family member that is scheduled for the same day as the conference. Plaintiff consents to this adjournment.

This is Defendants' first request for an adjournment. The pre-motion conference is currently scheduled for September 29, 2025. Defendants respectfully request that it be rescheduled for October 6, 2025.

The parties thank the Court for its time and attention to this matter.

Respectfully Submitted,

/s/ *Patrick Caldarelli*

Patrick J. Caldarelli, Esq.
Mary Ellen Donnnelly, Esq.

BOND, SCHOENECK & KING, PLLC

CC: Counsel of Record (via ECF)