**BOND SCHOENECK & KING**

> Application denied.
>
> The Clerk of Court is respectfully directed to terminate the letter motion pending at Doc. 49.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>         October 1, 2025

September 30, 2025

**VIA ECF**
The Honorable Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street, Room 53
White Plains, New York 10601

Re:   *Tara Curtin v. Riverside Health Care System, Inc., et al.*, No.: 7:24-cv-05047 (PMH)
       Letter Motion for Adjournment of Pre-motion Conference

Dear Judge Halpern:

    Defendants in the above-captioned matter respectfully submit this letter to request an adjournment of the pre-motion conference. This request is necessitated due to a conflict with a collective bargaining session scheduled for the same day as the conference. Plaintiff consents to this adjournment.

    This is Defendants' second request for an adjournment. The pre-motion conference is currently scheduled for October 16, 2025. Defendants respectfully request that it be rescheduled to October 20, 2025, telephonically, October 24, 2025 or October 27, 2025.

    The parties thank the Court for its time and attention to this matter.

                               Respectfully Submitted,

                               */s/ Patrick Caldarelli*

                               Patrick J. Caldarelli, Esq.
                               Mary Ellen Donnnelly, Esq.

                               BOND, SCHOENECK & KING, PLLC

CC: Counsel of Record (via ECF)